UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWN SEGROVES, individually; and CAMERON HALL, individually and as successor-in-interest to THE ESTATE OF HOLLY SEGROVES;<br><br>        Plaintiffs,<br><br>    v.<br><br>JEREMY FRANCHINI, an individual; and DOES 1-20, inclusive;<br><br>        Defendants. | Case No.: 2:25-cv-03076-WBS-CSK<br><br>**ORDER GRANTING STIPULATION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |

### **ORDER**

Good cause appearing therefor, IT IS HEREBY ORDERED that Plaintiffs are granted leave to file their Second Amended Complaint. Plaintiffs shall file the Second Amended Complaint within three (3) court days of this Order. Defendant shall answer or otherwise respond within 14 days thereafter.

**IT IS SO ORDERED.**

Dated: December 12, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1