UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAWN SEGROVES, individually; and
CAMERON HALL, individually and as
successor-in-interest to THE ESTATE OF
HOLLY SEGROVES;

          Plaintiffs,

    v.

JEREMY FRANCHINI, an individual; and
DOES 1-20, inclusive;

          Defendants.

Case No.: 2:25-cv-03076-WBS-CSK

**ORDER GRANTING PLAINTIFFS LEAVE TO FILE A THIRD AMENDED COMPLAINT**

**<u>ORDER</u>**

Good cause appearing therefor, IT IS HEREBY ORDERED that Plaintiffs are granted leave to file their Third Amended Complaint. Plaintiffs shall file the Third Amended Complaint within three (3) court days of this Order. Defendant shall answer or otherwise respond within 14 days thereafter.

    **IT IS SO ORDERED.**

Dated: April 27, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1