IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWN SEGROVES, INDIVIDUALLY; AND CAMERON HALL, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO THE ESTATE OF HOLLY SEGROVES,<br><br>Plaintiffs,<br><br>v.<br><br>JEREMY FRANCHINI, AN INDIVIDUAL; COUNTY OF SACRAMENTO, A CALIFORNIA PUBLIC ENTITY; TYLER CARROZZO, AN INDIVIDUAL; MARKO RADONJIC, AN INDIVIDUAL; AND DOES 1-20, INCLUSIVE,<br><br>Defendants. | Case No. 2:25- cv-03076-WBS-CSK<br><br>**ORDER FOR EXTENSION ON DEFENDANT JEREMY FRANCHINI'S DEADLINE FOR RESPONSIVE PLEADING TO THIRD AMENDED COMPLAINT** |

Having considered the Stipulation for Extension on Defendant Jeremy Franchini's Deadline for Responsive Pleading to Third Amended Complaint (Stipulation), and good cause appearing, the Stipulation is hereby granted.

Defendant Franchini's responsive pleading deadline is extended 28 days from May 12, 2026, to June 9, 2026.

IT IS SO ORDERED.

Dated:  May 11, 2026

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1

Order (2:25- cv-03076-WBS-CSK)