UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAWN SEGROVES, individually; and
CAMERON HALL, individually and as
successor-in-interest to THE ESTATE OF
HOLLY SEGROVES;

          Plaintiffs,

    v.

JEREMY FRANCHINI, an individual; and
DOES 1-20, inclusive;

          Defendants.

Case No.: 2:25-cv-03076-WBS-CSK

**ORDER GRANTING PLAINTIFFS LEAVE TO FILE A FOURTH AMENDED COMPLAINT**

**ORDER**

    Good cause appearing therefor, IT IS HEREBY ORDERED that Plaintiffs are granted leave to file their Fourth Amended Complaint. Plaintiffs shall file the Fourth Amended Complaint within three (3) court days of this Order.

    **IT IS SO ORDERED.**

Dated: June 15, 2026

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1